UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| RICHARD HARDEN LANIER, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | Case No. CV604-138 |
| | ) | [underlying CR603-015] |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## REPORT AND RECOMMENDATION

Richard H. Lanier has filed a motion to vacate, set aside, or correct his federal prison sentence under 28 U.S.C. § 2255. Doc. 1. The Court ordered an evidentiary hearing on the issue of whether movant requested his trial counsel to file an appeal for him in his criminal case, CR603-015. Doc. 4. That hearing is currently scheduled for November 2, 2005.

Movant has directed a letter to the attention of the Court. In his letter movant states: "After careful deliberation, I would like to give up my right to an appeal and withdraw [the § 2255] motion. After examining my case more closely, I've decided an appeal would only be a waste of the [C]ourt's time." Movant concludes by asking the Court to cancel his evidentiary hearing. The Court understands movant's use of the phrase

"right to an appeal" to mean his current motion to vacate, set aside, or correct his federal prison sentence.

As movant desires to withdraw his § 2255 motion, and as the Court has determined that there is no opposition from the government, it is recommended that the motion be DISMISSED. The Court appreciates movant's candid assessment of the merits of his motion and the consequent savings to judicial economy. The Clerk is DIRECTED to file Mr. Lanier's letter as part of the record of this case.

SO REPORTED AND RECOMMENDED this 26TH day of October, 2005.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA